UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID ANTHONY LANCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-25-990-R |
| ) | |
| ATTORNEY GENERAL ) | |
| GENTNER DRUMMOND, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Shon T. Erwin pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 7], in its entirety. For the reasons stated therein, this action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 29th day of October, 2025.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE